**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Reinaldo ATKINS, a.k.a. Shamel Teofilo Thomas, Defendant–Appellant.**

**No. 08–14667**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 30, 2009.

Before CARNES, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Mauricio Aldazabal, appointed counsel for Reinaldo Atkins in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Atkins's convictions and sentences are **AFFIRMED.**